# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sean Collins,　　　　　　　　　　　　　　　　　Civ. No. 24-3484 (JWB/ECW)

   Plaintiffs,

v.

Andrew Witty, et al.,　　　　　　　　　　　　**ORDER OF RECUSAL**

   Defendants.

  Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses in this matter.

Date: September 9, 2024　　　　　　　　　*s/ Jerry W. Blackwell*
　　　　　　　　　　　　　　　　　　　　JERRY W. BLACKWELL
　　　　　　　　　　　　　　　　　　　　United States District Judge